McGREGOR W. SCOTT
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone:  (916) 554-2760

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| STOCKTON EAST WATER DISTRICT, | 2:08-cv-0563-GEB-GGH |
|---|---|
| Plaintiff, | **PARTIES' STIPULATION AND ORDER TAKING DISCOVERY MOTIONS OFF CALENDAR** |
| v. | |
| UNITED STATES OF AMERICA, et al., | |
| Defendants. | |

The parties hereby stipulate, subject to the approval of the Magistrate Judge as provided for hereon, that the defendants' motion for protective order, filed November 3, 2008, and the plaintiff's motion to compel, filed November 18, 2008, both set before Judge Hollows for December 11, 2008, be taken off calendar.

Dated:  December 2, 2008                HERUM CRABTREE
                                        *A California Professional Corporation*
                                        JENNIFER L. SPALETTA
                                        JEANNE M. ZOLEZZI
                                        KERRI K. FOOTE

                                By:     */s/ Jennifer Spaletta*
                                        JENNIFER L. SPALETTA

| | |
|---|---|
| Dated:  November 19, 2008 | McGREGOR W. SCOTT<br>United States Attorney |
| | By:   /s/ Y H T Himel<br>YOSHINORI H. T. HIMEL<br>Assistant U. S. Attorney |

### ORDER

It is APPROVED and SO ORDERED.  The two motions in the case set for hearing before me on December 11, 2008, are OFF CALENDAR. Docket #s 31 and 37 are resolved.

DATED: December 8, 2008

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

stockton.oc