IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STOCKTON EAST WATER DISTRICT,          )
                                       )          2:08-cv-0563-GEB-GGH
              Plaintiff,               )
                                       )          AMENDMENTS TO
         v.                            )          SCHEDULING ORDER
                                       )
UNITED STATES OF AMERICA;              )
DEPARTMENT OF THE INTERIOR;            )
BUREAU OF RECLAMATION; DIRK            )
KEMPTHORNE, Secretary of the          )
Department of the Interior;            )
ROBERT JOHNSON, Commissioner of the)
Bureau of Reclamation; MICHAEL         )
FINNEGAN, Regional Director of the )
Bureau of Reclamation's Mid-           )
Pacific Region,                        )
                                       )
              Defendants.              )
_____)

        On May 29, 2009, the Plaintiff filed a "Consensual

Application for Leave of Court to Modify Pretrial Scheduling

Order," and proposed to modify the pretrial scheduling order with

regards to discovery cut-off and motion practice dates.

        Since the parties agree to a modification of the Rule 16

Scheduling Order, and modification can be made without adversely

affecting the undersigned judge's trial docket, the modification

will be granted; however, other prescribed scheduling dates will

also be modified to accommodate the essence of the parties'

request.

1      Therefore, the Rule 16 Scheduling Order is modified as

2  follows:

3      (1)  all discovery shall be completed by October 26,

4  2009;

5      (2)  the last hearing date for motions shall be

6  October 26, 2009, at 9:00 a.m.; and,

7      (3)  the final pretrial conference is rescheduled to

8  commence at 3:30 p.m. on December 21, 2009.[1]

9      The trial scheduled to commence at 9:00 a.m. on

10 February 9, 2010, remains unchanged.

11 Dated:  June 6, 2009

12

13 _____
   GARLAND E. BURRELL, JR.

14 United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26 _____

27      [1]  Since the parties' requested modification has resulted in
   shortening the amount of time between the trial commencement date the
28 final pretrial conference, it is unlikely that a settlement conference
   supervised by a federal judge will be scheduled in this action.