LAWRENCE G. BROWN
Acting United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2760

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STOCKTON EAST WATER DISTRICT, | 2:08-cv-0563-GEB-GGH |
| Plaintiff, | **PARTIES' STIPULATION AND ORDER OF DISMISSAL WITH LEAVE TO AMEND** |
| v. | |
| BUREAU OF RECLAMATION, et al., | |
| Defendants. | |

    The parties to this action, through their undersigned counsel of record, here recite and stipulate, subject to the Order of the Court as provided for hereon, as follows:

RECITALS

    1. The sole claim remaining after the Order filed December 19, 2008 (disposing of the Freedom of Information Act claim in the Amended Complaint filed June 6, 2008) is the claim entitled "Count One (Breach of Contract – Damages) 28 U.S.C. § 1491 – Little Tucker Act." *See* Amended Complaint, Clerk's Record No. 12, at 13. The contract claim's jurisdictional basis is the Little Tucker Act, 28 U.S.C. § 1346(a)(2). That Act provides for a "civil action or claim against the United States . . . ."

2. By letter dated June 5, 2009, Acting Commissioner of Reclamation Karl E. Wirkus transmitted a 15-page document titled "Secretary of the Interior's Findings as to the Facts." A copy of the cover letter and Findings is submitted herewith.

3. Defendants regard the Findings as completing a mandatory administrative review process. Defendants regard the contract count in the Amended Complaint as failing to state a claim under the standard of *Ashcroft v. Iqbal*, 129 S. Ct. 1937 (2009), for failure to show exhaustion of administrative remedies, and for failure to attack the substance of the Findings.

4. Plaintiff does not agree that the contract claim as currently pled fails to state a claim, but does agree that the complaint should be amended to include and address the Commissioner's findings of fact.

5. Defendants also regard the Amended Complaint as defective because it sues the wrong defendants and fails to sue the only proper defendant in a Little Tucker Act action, the United States of America.

## STIPULATIONS

6. The Amended Complaint filed June 6, 2008, is DISMISSED without prejudice to the filing of an amended complaint, with leave to amend as specified below.

7. Leave to amend is LIMITED in that the Little Tucker Act contract claim for 2007 and 2008 is to be the sole claim.

8. Plaintiff SHALL FILE its Second Amended Complaint by August 3, 2009.

Dated: July 8, 2009                         HERUM CRABTREE
                                            Attorneys

                                    By:     /s/ Jennifer Spaletta
                                            JEANNE ZOLEZZI
                                            KARNA HARRIGFELD
                                            JENNIFER SPALETTA

Dated: July 7, 2009                         LAWRENCE G. BROWN
                                            United States Attorney

                                    By:     /s/ Y H T Himel
                                            YOSHINORI H. T. HIMEL
                                            Assistant U. S. Attorney

PARTIES' STIPULATION AND ORDER OF DISMISSAL WITH LEAVE TO AMEND     Page 2

<u>ORDER</u>

    It is APPROVED and SO ORDERED.

Dated: July 15, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

PARTIES' STIPULATION AND ORDER OF DISMISSAL WITH LEAVE TO AMEND    Page 3